# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0567
Lower Tribunal No. 20-27183-CA-01
_____

**Jacqueline Calderon and Orlando Calderon,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Giasi Law, P.A., Melissa A. Giasi and Erin M. Berger (Tampa), for appellants.

Dean, Ringers, Morgan & Lawton, P.A., and Jessica C. Conner (Orlando), for appellee.

Before EMAS, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Arce v. Citizens Prop. Ins. Corp., 49 Fla. L. Weekly D79 (Fla. 3d DCA Jan. 3, 2024).  As done in Arce, we certify conflict with Perez v. Citizens Prop. Ins. Corp., 345 So. 3d 893 (Fla. 4th DCA 2022).